**Order filed February 13, 2020**



In The

# Eleventh Court of Appeals

_____

## No. 11-19-00070-CR

_____

### JOEL LUIS SILVA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 132nd District Court**
**Scurry County, Texas**
**Trial Court Cause No. 10608**

### O R D E R

Appellant's court-appointed attorney of record, Christianson O. Hartman, has notified this court that he has been disbarred and is unable to continue to represent Appellant in this appeal. On this court's own motion, we remove Hartman as counsel for Appellant, and we abate the appeal.

The trial court is directed to appoint new counsel to represent Appellant on appeal, and the trial court clerk is instructed to file in this court, on or before February 28, 2020, a supplemental clerk's record evidencing such appointment. The

appeal will be reinstated when the supplemental clerk's record is filed in this court. Appellant's new counsel may adopt the brief filed by Hartman. We note that Hartman had filed an appellate brief in this cause long before being disbarred. If new counsel desires to file a new brief, that brief will be due in this court thirty days after the date that this appeal is reinstated.

PER CURIAM

February 13, 2020

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.